VINCENT J. RICCIARDI, PLAINTIFF-PETITIONER, v.
TOWNSHIP OF EDISON, DEFENDANT-RESPONDENT.

*Mr. Harold J. Sklarew* and *Mr. Charles E. Stein,* for the petitioner.

*Messrs. Stevens & Mathias,* for the respondent.

April 4, 1966. Denied.

STANLEY OLENIACZ, Sr., PETITIONER-PETITIONER, v
TAYLOR-WHARTON DIVISION OF HARSCO CORP., RE-
SPONDENT-RESPONDENT.

*Messrs. Margolis, Margolis, Turck & Gordon* and *Mr. Frank Fink* for the petitioner.

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the respondent.

April 4, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
HOFFMAN AUTO WRECKERS, INC., *ET AL.,* DEFEND-
ANTS-PETITIONERS.

*Mr. Edward W. Currie* for the petitioners.

*Mr. Milton Kosene* for the respondent.

April 4, 1966. Denied.